### 17466.   LACY v. THE STATE.

LUKE, J.   Lacy was convicted of violating a criminal statute and attempted to certiorari his case to the superior court.   The judge of the superior court properly denied the petition for certiorari.   Lacy had a legal trial, and a conviction was fully authorized.

Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.

DECIDED AUGUST 4, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas. May 31, 1926.

L. H. Foster, for plaintiff in error.

Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, contra.

Certiorari, 11 C. J. p. 158, n. 85.

### 17471.   WILLIS v. THE STATE.

BLOODWORTH, J.   1. The discretion of the court was not abused when the motion to continue was overruled.

2. The defendant's conviction was not dependent entirely upon circumstantial evidence.   The trial judge did not err, in the absence of a proper written request, in omitting to charge on circumstantial evidence.

3. There is no merit in either of the other two special grounds of the motion for a new trial.

4. There was ample evidence to support the verdict, and the motion for a new trial was properly overruled.

Judgment affirmed.   Broyles, C. J., and Luke, J., concur.

DECIDED AUGUST 4, 1926.

Assault and battery; from Schley superior court—Judge Littlejohn.   May 17, 1926.

J. E. Hart, J. A. Hixon, for plaintiff in error.

Jule Felton, solicitor-general, contra.

Criminal Law, 16 C. J. p. 1059, n. 39; p. 1180, n. 74; 17 C. J. p. 233, n. 83.